UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EDGAR CRESPO AND EVERTO GAYTAN | § § § | |
| PLAINTIFFS | § § | |
| VS | § § | CIVIL ACTION NO. 3:24-CV-00269 |
| ELE LOGISTICS, INC., AND JASON SMITH | § § § § | |
| DEFENDANTS | § | (JURY DEMANDED) |

### CERTIFICATE OF WRITTEN DISCOVERY

I HEREBY CERTIFY that, on the 10th day of July 2025, a true and correct copy of Plaintiffs' Rule 26(a)(2) Expert Disclosures were served, pursuant to agreement under Rule 5 of the Federal Rules of Civil Procedure, via email, on all counsel of record.

Respectfully submitted,

**LINEBAUGH DORITY & ASSOCIATES**

/s/ Daniel B. Linebaugh
**DANIEL B. LINEBAUGH**
TBN: 12388700
1300 Rollingbrook, Suite 601
Baytown, Texas, 77521
(281) 422-0505
FAX (281) 422-2641
dlinebaugh@linebaughlaw.com
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on this, the 10th day of July 2025.

                /s/ Daniel B. Linebaugh
                **DANIEL B. LINEBAUGH**