UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EDGAR CRESPO AND EVERTO GAYTAN | § § § | |
| PLAINTIFFS | § § | |
| VS | § | CIVIL ACTION NO. 3:24-CV-00269 |
| | § | |
| ELE LOGISTICS, INC., AND JASON SMITH | § § § | |
| | § | |
| DEFENDANTS | § | (JURY DEMANDED) |

### CERTIFICATE OF WRITTEN DISCOVERY

I HEREBY CERTIFY that, on the 18th day of July, 2025, a true and correct copy of Defendants ELE Logistics, Inc. and Jason Smith's Objections and Responses to Plaintiff's First Requests for Production were served, pursuant to agreement under Rule 5 of the Federal Rules of Civil Procedure, via email, on all counsel of record.

Respectfully submitted,

*Of Counsel:*　　　　　　　　　　　　　　　Daw & Ray, LLP

Daw & Ray, LLP

　/s/ Johnathan M. Barajas　　　　　　　By:　/s/ *Willie Ben Daw, III*
Johnathan M. Barajas　　　　　　　　　　Willie Ben Daw, III
State Bar No. 24131856　　　　　　　　　Attorney-in-Charge
Federal ID No. 3904411　　　　　　　　　State Bar No. 05594050
Email: jbarajas@dawray.com　　　　　　Federal ID No. 2373
5718 Westheimer, Suite 1400　　　　　　Email: wbdaw@dawray.com
Houston, Texas 77057　　　　　　　　　 5718 Westheimer Road, Suite 1400
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77057
　　　　　　　　　　　　　　　　　　　　Tel.: (713) 266-3121
　　　　　　　　　　　　　　　　　　　　Fax: (713) 266-3188

　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANTS, ELE LOGISTICS, INC. AND JASON SMITH**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on this, the 18th day of July, 2025.

                                                 */s/ Johnathan Barajas*
                                                 Johnathan Barajas