UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EDGAR CRESPO AND<br>EVERTO GAYTAN<br>    Plaintiffs<br><br>VS<br><br>ELE LOGISTICS, INC.<br>AND JASON SMITH<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:24-cv-00269 |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

1. Plaintiffs are Edgar Crespo and Everto Gaytan.

2. Defendants are Ele Logistics, Inc., and Jason Smith.

3. Plaintiffs originally filed suit in Chambers County, Texas. Defendants removed the cause to the Southern District of Texas of the United States District Court, Galveston Division, on September 13, 2024, under Cause No: 3:24-cv-00269.

4. The parties have reached and entered into a settlement agreement disposing of all claims asserted by Plaintiffs against Defendants.

5. This case is not a class action under Federal Rules of Civil Procedure 23, by derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. This case is not governed by any federal statute that requires a court

order for dismissal of the case.

7. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice with costs to be paid by the party incurring same.

Respectfully submitted,

*/s/ signature*

**LINEBAUGH DORITY & ASSOCIATES, L.L.P.**
**DANIEL B. LINEBAUGH**
Federal ID No.: 7040
Texas Bar No.: 12388700
1300 Rollingbrook, Suite 601
Baytown, Texas, 77521
(281) 422-0505
(281) 422-2641 – Facsimile
dlinebaugh@linebaughlaw.com
efiling@linebaughlaw.com
**ATTORNEYS FOR PLAINTIFFS**

AND

*Willie Ben Daw w/ permission by Dan B. Linbry 12388700*

**DAW & RAY, LLP**
**Willie Ben Daw, III**
Federal ID No.: 2373
SBN: 05594050
Email: wbdaw@dawray.com
5718 Westheimer, Suite 1400
Houston, Texas 77057
Telephone No. (713) 266-3121
Facsimile No. (713) 266-3188
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded Electronically and/or by Telecopier, to the parties listed below, on this day the 7th day of January, 2026.

DAW & RAY, LLP
Willie Ben Daw, III; SBN: 05594050
Email: wbdaw@dawray.com
5718 Westheimer, Suite 1400
Houston, Texas 77057
Telephone No. (713) 266-3121
Facsimile No. (713) 266-3188

_____
Daniel B. Linebaugh