United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EDGAR CRESPO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-269 |
| ELE LOGISTICS, INC., *et al.*, | § § | |
| Defendants. | § § § | |

## **STIPULATED DISMISSAL**

On January 7, 2026, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 16.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 9th day of January, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE